# Court of Appeals
# of the State of Georgia

ATLANTA, May 01, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1830. LADARIOUS SHERROD v. THE STATE.**

A jury convicted Ladarious Sherrod of aggravated assault and reckless conduct, and the trial court entered a final disposition on January 11, 2018. Sherrod filed a timely motion for new trial, which was denied on September 11, 2018. Sherrod subsequently filed a motion for an out-of-time appeal, which the court granted on February 13, 2019. Sherrod did not, however, file a notice of appeal until March 25, 2019.

"A defendant granted an out-of-time appeal by the trial court will have 30 days from the grant to file a notice of appeal to the appellate court with subject-matter jurisdiction." *Rowland v. State*, 264 Ga. 872, 876 (2) (452 SE2d 756) (1995); see also *Carr v. State*, 281 Ga. 43, 44 (635 SE2d 767) (2006). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland*, 264 Ga. at 872 (1). Because the notice of appeal here was filed 40 days after entry of the trial court's order granting Sherrod's motion for an out-of-time appeal, it is untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.

Because Sherrod remains represented by counsel, he is informed of the following in accordance with *Rowland*, 264 Ga. at 875-876 (2): This appeal has been dismissed because you failed to file a proper and timely notice of appeal. If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal. If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction. If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of

appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is directed to send a copy of this order to Sherrod as well as to Sherrod's attorney, who is also directed to send a copy to Sherrod.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/01/2019*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*